## THE MARGARET B. ROPER.

(Circuit Court of Appeals, Fourth Circuit. February 8, 1901).

### No. 392.

ADMIRALTY—APPEAL—CORRECTION OF RECORD.

　　A party to an appeal in admiralty is entitled to a writ of certiorari to require the clerk of the district court to include in the record, and properly certify, documents which were used in evidence, but have been omitted from the record.

Appeal from the District Court of the United States for the District of South Carolina.

On motion for certiorari in diminution of the record. See 103 Fed. 886.

Alfred P. Thom and J. P. K. Bryan, for the motion.

C. V. Meredith, opposed.

Before GOFF and SIMONTON, Circuit Judges, and WADDILL, District Judge.

SIMONTON, Circuit Judge. The appellee now comes in, and by affidavit shows to the court that in the testimony of the cause there were presented certain papers as exhibits, which are referred to in the evidence by numbers, but the papers themselves are not set out in full, nor are they in the record. Prays writ of certiorari for correction of the record.

Unless counsel mutually agree otherwise, the record must set out the whole case, and it must come here with the certificate of the clerk

below as to its correctness. These papers had been sent up by the clerk below, not as part of the record, in a separate envelope, and with no certificate whatever, and therefore not a part of the record. Under the rules of this court they cannot be treated as part of the record, nor be considered by it. The motion is granted.